# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No. 13 CR-761-~~____~~ DSF   Date 3/8/17

Title   United States v. Blane Ryan Dahme

Present: The Honorable   Gail J. Standish

| Earlene Carson | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   (IN CHAMBERS) ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that

A.  ☒  Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☐  Lack of bail resources

☒  Refusal to interview with Pretrial Services

☐  No stable residence or employment

☐  Previous failure to appear or violations of probation, parole, or release

☐  Ties to foreign countries

☒  Allegations in petition

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No. CR13-761-ODW (DSF)   Date 3/8/17

Title  United States v. Blane Ryan Dahme

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☐ Nature of previous criminal convictions

☒ Allegations in petition

☐ Substance abuse

☐ Already in custody on state or federal offense

☐

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

MRW-2 (5/15)   CRIMINAL MINUTES - GENERAL